

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2016

No. 04-16-00067-CV

**IN THE INTEREST OF A.M., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09974
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Appellant's brief was due July 13, 2016. On July 11, 2016, appellant filed a motion asking for an additional two weeks in which to file his brief. We **GRANT** appellant's request and **ORDER** appellant to file the brief on or before July 27, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court